IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SOFTWIRE TECHNOLOGY, LLC AND | § | |
| MEASUREMENT COMPUTING | § | |
| CORPORATION, | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | CIVIL NO. A-04-CA-607-LY |
| | § | |
| NATIONAL INSTRUMENTS | § | |
| CORPORATION, | § | |
| DEFENDANT. | § | |

## ORDER

Before the Court is Non-Party Dr. James C. Browne's Motion to Quash Subpoena filed September 17, 2004 (Doc. #1). Having considered the motion, the Court is of the opinion that it should be granted.

**IT IS THEREFORE ORDERED** that Non-Party Dr. James C. Browne's Motion to Quash Subpoena filed September 17, 2004 (Doc. #1) is **GRANTED**. The "SUBPOENA IN A CIVIL CASE" issued by this Court on August 17, 2004, to non-party Dr. James C. Browne is in all things **QUASHED**.

SIGNED this _17th_ day of September, 2004.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

